FORMER EMPLOYEES OF INTERNATIONAL BUSINESS MACHINES CORPORATION, Plaintiffs, v. UNITED STATES SECRETARY OF LABOR, Defendant.

Court No. 04–00079

## JOINT STIPULATION OF DISMISSAL

RIDGWAY, Judge: PLEASE TAKE NOTICE thai plaintiff, pursuant to Rule 41(a)(1)(B) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties v/ho have appeared in this action and those actions listed on the attached schedule hereby dismisses this action.

### SCHEDULE TO STIPULATION OF DISMISSAL

| Court Number(s) | Plaintiffs) Name |
| --- | --- |
| 04–0007 9 | Former Employees of International Business Machines Corporation |

### ORDER OF DISMISSAL

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: 5-7-07